Mark Clayton Choate (State Bar No. 206229)
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK  99801
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| LYNETTE BLACK and SCOTT BLACK, Husband and Wife;<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>MEMORIAL HOSPITALS ASSOCIATION dba MEMORIAL MEDICAL CENTER, a Sutter Health Associate; MODESTO ARTS MEDICAL GROUP, INC.; JOHN C. PFEFFER, M.D.; JENNIE CURRIE, CNM; and SHERILYN GIBBS, CNM;<br><br>　　　　　Defendants. | Case No.: 1: 03 CV 5318 REC  DLB<br><br>STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE and TRIAL DATES<br><br>ORDER THEREON. |

　　　　The parties, through their respective counsel, Mark C. Choate for plaintiffs and Dave Lucchese for Defendants, Modesto Arts Medical Group, John Pfeffer, M.D., Jennie Currie, CNM, and Sherilyn Gibbs hereby stipulate to continue the Pre-Trial Conference presently set for April 29, 2005 at 1:30 p.m. until September 30, 2005 at 1:30 p.m.

　　　　The parties further stipulate to continue the Trial date presently set for May 17, 2005 until November 1, 2005.

Dated:  March 23, 2005                                        CHOATE LAW FIRM LLC

                                                              / S /  Mark Clayton Choate
                                                              _____
                                                              MARK CLAYTON CHOATE
                                                              Attorneys for Plaintiffs


Dated: March 23, 2005                                         GALLOWAY, LUCCHESE EVERSON & PICCHI


                                                              / S /  Dave Lucchese
                                                              _____
                                                              Dave Lucchese, Esq.
                                                              Attorneys for Modesto Arts Medical Group;
                                                              Dr. Pfeffer, CNM Currie and CNM Gibbs
                                                              Defendants.


## ORDER

The Court having considered the Stipulation of the parties, hereby continues the Pre-Trial Conference from April 29, 2005 until September 30, 2005 at 1:30 p.m. before Magistrate Beck; and, the Trial from May 17, 2005 until November 1, 2005 at 9:00 a.m. before Judge Coyle.

**IT IS SO ORDERED**.

Dated:  __April 27, 2005____                    ____/s/ Dennis L. Beck_____
                                                Dennis L. Beck
                                                U.S. Magistrate Judge