```
                              FILED
                         JUDGMENT ENTERED

                         _____11/18/05___
                              Date
                     by _____L. Lucas_____
                           Deputy Clerk
                        U.S. District Court
                    Eastern District of California
                   __XX___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

LYNETTE BLACK and SCOTT BLACK,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

CV-F-03-5318 OWW/DLB

JENNIE CURRIE,

    Defendant.
_____/

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT is ENTERED in favor of the defendant Jennie Currie and against the plaintiffs.

DATED:

                                  JACK L. WAGNER, Clerk

                                  /S/ Linda Lucas
                        By:
                                  Deputy Clerk

jgm.civ
2/1/95