EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to:
Ronald P. Goldman, Esq., SBN 98991
The Goldman Law Firm
55 Main Street
Tiburon, CA 94920

[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

United States District Court, Eastern District
STREET ADDRESS: 1130 O Street, Rm. 5000
MAILING ADDRESS:
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME:

PLAINTIFF: Lynette Black and Scott Black
DEFENDANT: Jennie Currie and Modesto Arts Medical Group

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended

FOR RECORDER'S USE ONLY — ISSUED

CASE NUMBER: CV F 03-5318

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      Lynette Marie Black
      1200 Traditions Street
      Tracy, CA 95376

   b. Driver's license No. and state: [✓] Unknown
   c. Social security No.: 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  [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

2. [✓] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Jennifer Currie, CNM, c/o The Goldman Law Firm
   55 Main Street, Tiburon, CA 94920

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: May 15, 2006
Ronald P. Goldman, Esq.
(TYPE OR PRINT NAME)

► *(signature)* Ronald P. Goldman
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 16,669.29
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 11/18/05
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):* MAY 18 2006

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by W Kusamura , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190
www.accesslaw.com

| PLAINTIFF: Lynette Black and Scott Black | CASE NUMBER: |
|---|---|
| DEFENDANT: Jennie Currie and Modesto Arts Medical Group | CV F 03-5318 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Scott Black
1200 Traditions Street
Tracy, CA 95376

Driver's license No. & state: ☑ Unknown
Social security No.: 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  ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

21. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address):*

22. ☐ Continued on Attachment 22.